# EXHIBIT A

**PLAINTIFF'S CERTIFICATION
PURSUANT TO FEDERAL SECURITIES LAWS**

The undersigned, Chris Sterckx and Frank Van de Vel, on behalf of KBC Asset Management NV ("KBC"), on account of its funds listed in Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.     We have reviewed a complaint against Intel Corporation ("Intel").

2.     We are duly authorized to institute legal action on behalf of KBC and the Funds, including litigation against Intel and any other defendants.

3.     KBC and the Funds did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.     KBC is willing to serve as lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. KBC also understands that it is subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

5.     KBC will not accept any payment for serving as a representative party beyond the Funds' *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6.     KBC has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

   *Parchmann v. MetLife, Inc.*, No. 1:18-cv-00780 (E.D.N.Y. Apr. 6, 2018);

   *Retail Wholesale Department Store Union Local 338 Retirement Fund v. Synchrony Financial*, No. 3:18-cv-01818 (D. Conn. Jan. 2, 2019);

   *City of Warren Police and Fire Retirement System v. DXC Technology Company*, No. 1:18-cv-01599 (E.D. Va. Feb. 25, 2019);

   *Gross v. AT&T Inc. et al.*, No. 1:19-cv-02892 (S.D.N.Y. May 31, 2019); and

   *Patel v. Under Armour, Inc. et al.*, No. 1:19-cv-03209 (D. Md. Jan. 6, 2020).

7.     KBC understands that this is not a claim form, and that the Funds' ability to share in any recovery as a member of the class is unaffected by KBC's decision to serve as a representative party.

8.      Attached hereto as Schedule A is a complete listing of all transactions the Funds made during the Class Period in the security that is the subject of this litigation.  KBC will provide records of those transactions upon request.

9.      KBC is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.**

Executed this 25th day of September, 2020.

For KBC Asset Management NV:

_____          _____
Chris Sterckx                                                    Frank Van de Vel
Managing Director                                            Managing Director

## Schedule A
## KBC Asset Management NV
## Intel Corp. (INTC)

Class Period: 10/25/2019 - 07/23/2020

| | | Date | Shares | Price |
|---|---|---|---|---|
| **KBC EQUITY FD** | | | | |
| | Purchases: | 11/6/2019 | 3,215.00 | 57.60 |
| | | 11/20/2019 | 46,312.00 | 57.90 |
| | | 11/21/2019 | 879.00 | 58.22 |
| | | 11/22/2019 | 13,057.00 | 57.61 |
| | | 12/18/2019 | 8,975.00 | 57.17 |
| | | 12/18/2019 | 944.00 | 57.17 |
| | | 1/3/2020 | 1,621.00 | 60.10 |
| | | 1/23/2020 | 951.00 | 63.32 |
| | | 1/23/2020 | 35,713.00 | 63.32 |
| | | 1/24/2020 | 44,904.00 | 68.47 |
| | | 1/24/2020 | 613.00 | 68.47 |
| | | 1/27/2020 | 983.00 | 65.69 |
| | | 2/4/2020 | 4,291.00 | 65.46 |
| | | 2/19/2020 | 644.00 | 67.11 |
| | | 2/20/2020 | 10,223.00 | 65.45 |
| | | 2/20/2020 | 404,757.00 | 65.45 |
| | | 2/21/2020 | 19,035.00 | 64.34 |
| | | 2/21/2020 | 45,718.00 | 64.34 |
| | | 2/21/2020 | 31,481.00 | 64.34 |
| | | 2/21/2020 | 660.00 | 64.34 |
| | | 2/25/2020 | 6,012.00 | 59.73 |
| | | 2/27/2020 | 4,554.00 | 55.83 |
| | | 2/27/2020 | 4,554.00 | 55.83 |
| | | 2/27/2020 | 4,554.00 | 55.83 |
| | | 2/28/2020 | 2,108.00 | 55.52 |
| | | 3/3/2020 | 765.00 | 55.97 |
| | | 3/12/2020 | 3,275.00 | 45.54 |
| | | 3/12/2020 | 15,037.00 | 45.54 |
| | | 3/12/2020 | 21,295.00 | 45.54 |

| Date | Shares | Price |
|------|--------|-------|
| 3/16/2020 | 103,973.00 | 51.15 |
| 3/16/2020 | 9,113.00 | 50.62 |
| 3/19/2020 | 71,956.00 | 45.94 |
| 3/26/2020 | 3,170.00 | 55.54 |
| 4/1/2020 | 140,632.00 | 51.88 |
| 4/2/2020 | 15,637.00 | 54.35 |
| 4/9/2020 | 737.00 | 57.14 |
| 4/15/2020 | 110,242.00 | 58.87 |
| 4/17/2020 | 48,120.00 | 60.36 |
| 4/21/2020 | 1,838.00 | 56.36 |
| 4/23/2020 | 1,441.00 | 59.04 |
| 4/23/2020 | 339,484.00 | 59.04 |
| 4/24/2020 | 8,279.00 | 59.26 |
| 4/24/2020 | 3,449.00 | 59.26 |
| 4/24/2020 | 4,127.00 | 59.26 |
| 4/24/2020 | 13,362.00 | 59.26 |
| 4/28/2020 | 19,183.00 | 58.75 |
| 4/30/2020 | 38,665.00 | 59.98 |
| 5/5/2020 | 11,082.00 | 58.75 |
| 5/6/2020 | 12,006.00 | 59.18 |
| 5/7/2020 | 6,020.00 | 59.17 |
| 5/11/2020 | 2,135.00 | 60.13 |
| 5/12/2020 | 9,795.00 | 58.39 |
| 5/13/2020 | 14,310.00 | 57.74 |
| 5/19/2020 | 25,965.00 | 60.29 |
| 5/19/2020 | 135,668.00 | 60.29 |
| 5/20/2020 | 50,165.00 | 63.10 |
| 5/20/2020 | 63,917.00 | 63.10 |
| 5/20/2020 | 63,479.00 | 63.10 |
| 5/20/2020 | 18,706.00 | 63.10 |
| 5/26/2020 | 1,750.00 | 62.34 |
| 6/4/2020 | 6,202.00 | 62.97 |
| 6/4/2020 | 7,688.00 | 62.97 |
| 6/4/2020 | 5,710.00 | 62.97 |

| | Date | Shares | Price |
|---|---|---|---|
| | 6/5/2020 | 1,083.00 | 64.34 |
| | 6/5/2020 | 24,262.00 | 64.34 |
| | 6/12/2020 | 353,540.00 | 59.33 |
| | 6/12/2020 | 2,860.00 | 59.33 |
| | 6/12/2020 | 2,859.00 | 59.33 |
| | 6/12/2020 | 354,013.00 | 59.33 |
| | 6/12/2020 | 265,419.00 | 59.33 |
| | 6/25/2020 | 11,873.00 | 58.51 |
| | 6/25/2020 | 17,282.00 | 58.51 |
| | 6/25/2020 | 14,477.00 | 58.51 |
| | 6/30/2020 | 4,944.00 | 59.83 |
| | 6/30/2020 | 984.00 | 59.83 |
| | 7/2/2020 | 1,154.00 | 59.13 |
| | 7/17/2020 | 386.00 | 60.00 |
| | 7/22/2020 | 6,975.00 | 61.05 |
| | 7/22/2020 | 5,053.00 | 61.05 |
| | 7/22/2020 | 6,698.00 | 61.05 |
| | 7/23/2020 | 3,406.00 | 60.40 |
| Sales: | 2/3/2020 | -5,143.00 | 64.42 |
| | 2/18/2020 | -3,542.00 | 66.14 |
| | 2/26/2020 | -9,322.00 | 59.65 |
| | 2/28/2020 | -10,031.00 | 55.52 |
| | 2/28/2020 | -37,590.00 | 55.52 |
| | 2/28/2020 | -17,208.00 | 55.52 |
| | 3/5/2020 | -62,528.00 | 56.96 |
| | 3/9/2020 | -10,954.00 | 50.85 |
| | 3/9/2020 | -80,935.00 | 50.85 |
| | 3/9/2020 | -20,968.00 | 50.85 |
| | 3/11/2020 | -23,605.00 | 51.66 |
| | 3/12/2020 | -30,148.00 | 45.54 |
| | 3/13/2020 | -27,500.00 | 54.43 |
| | 3/16/2020 | -2,034.00 | 44.61 |
| | 3/17/2020 | -35,562.00 | 50.08 |
| | 3/18/2020 | -7,413.00 | 47.61 |

| Date | Shares | Price |
|------|-------:|------:|
| 3/18/2020 | -1,095.00 | 47.61 |
| 3/18/2020 | -51,040.00 | 47.61 |
| 3/19/2020 | -12,802.00 | 45.94 |
| 3/19/2020 | -5,391.00 | 45.94 |
| 3/19/2020 | -23,214.00 | 45.94 |
| 3/24/2020 | -6,506.00 | 52.40 |
| 3/24/2020 | -60,698.00 | 52.40 |
| 4/1/2020 | -3,261.00 | 51.88 |
| 4/1/2020 | -10,555.00 | 51.88 |
| 4/1/2020 | -7,055.00 | 51.88 |
| 4/1/2020 | -57,903.00 | 51.88 |
| 4/1/2020 | -50,407.00 | 51.88 |
| 4/2/2020 | -16,529.00 | 54.35 |
| 4/15/2020 | -55,246.00 | 58.87 |
| 4/15/2020 | -54,996.00 | 58.87 |
| 4/23/2020 | -9,000.00 | 59.04 |
| 4/30/2020 | -3,193.00 | 59.98 |
| 5/7/2020 | -3,940.00 | 59.17 |
| 5/26/2020 | -915.00 | 62.34 |
| 5/27/2020 | -17,638.00 | 63.56 |
| 6/3/2020 | -22,573.00 | 61.93 |
| 6/5/2020 | -750.00 | 64.34 |
| 6/5/2020 | -7,436.00 | 64.34 |
| 6/5/2020 | -13,820.00 | 64.34 |
| 6/12/2020 | -26,320.00 | 59.33 |
| 6/12/2020 | -146,503.00 | 59.33 |
| 6/12/2020 | -722,502.00 | 59.33 |
| 6/15/2020 | -1,105.00 | 58.79 |
| 6/15/2020 | -47,705.00 | 60.10 |
| 6/24/2020 | -121,682.00 | 59.09 |
| 6/24/2020 | -130,231.00 | 59.09 |
| 6/24/2020 | -121,643.00 | 59.09 |
| 6/24/2020 | -98,839.00 | 59.09 |
| 6/25/2020 | -3,020.00 | 58.51 |

| | | Date | Shares | Price |
|---|---|---|---|---|
| | | 7/1/2020 | -2,367.00 | 58.81 |
| | | 7/23/2020 | -10,596.00 | 60.40 |
| | | 7/23/2020 | -15,628.00 | 60.40 |
| | | 7/23/2020 | -11,065.00 | 60.40 |
| | | 7/23/2020 | -1,811.00 | 60.40 |
| **KBC IF** | | | | |
| | Purchases: | 12/19/2019 | 8,330.00 | 57.96 |
| | | 1/30/2020 | 4,146.00 | 66.47 |
| | | 2/25/2020 | 4,395.00 | 59.73 |
| | | 3/19/2020 | 438.00 | 45.94 |
| | | 5/4/2020 | 10,278.00 | 57.99 |
| | | 6/17/2020 | 2,044.00 | 60.49 |
| | | 7/15/2020 | 3,865.00 | 59.03 |
| | | 7/20/2020 | 2,259.00 | 61.15 |
| | Sales: | 2/27/2020 | -33,252.00 | 55.83 |
| | | 3/30/2020 | -1,056.00 | 55.49 |
| **PLATO INST.I.F** | | | | |
| | Purchases: | 11/8/2019 | 14,926.00 | 58.27 |
| | | 12/17/2019 | 13,689.00 | 57.30 |
| | | 1/7/2020 | 21,727.00 | 58.93 |
| | | 1/9/2020 | 10,263.00 | 59.30 |
| | | 1/9/2020 | 15,116.00 | 59.30 |
| | | 1/22/2020 | 10,516.00 | 62.73 |
| | | 1/23/2020 | 9,804.00 | 63.32 |
| | | 1/23/2020 | 11,943.00 | 63.32 |
| | | 1/24/2020 | 4,580.00 | 68.47 |
| | | 2/20/2020 | 18,154.00 | 65.45 |
| | | 2/20/2020 | 5,665.00 | 65.45 |
| | | 3/12/2020 | 54,781.00 | 45.54 |
| | | 3/24/2020 | 13,800.00 | 52.40 |
| | | 3/24/2020 | 3,852.00 | 52.40 |
| | | 3/27/2020 | 7,395.00 | 52.37 |

| | Date | Shares | Price |
|---|---|---|---|
| | 4/8/2020 | 5,221.00 | 58.98 |
| | 4/23/2020 | 20,139.00 | 59.04 |
| | 4/30/2020 | 9,156.00 | 59.98 |
| | 5/19/2020 | 7,902.00 | 60.29 |
| | 6/19/2020 | 3,758.00 | 59.62 |
| | 6/24/2020 | 9,903.00 | 59.09 |
| | 6/24/2020 | 8,607.00 | 59.09 |
| | 7/15/2020 | 12,001.00 | 59.03 |
| Sales: | 11/20/2019 | -6,574.00 | 57.90 |
| | 11/21/2019 | -14,755.00 | 58.22 |
| | 12/11/2019 | -8,213.00 | 57.07 |
| | 2/4/2020 | -6,275.00 | 65.46 |
| | 2/26/2020 | -9,201.00 | 59.65 |
| | 2/27/2020 | -29,105.00 | 55.83 |
| | 3/9/2020 | -6,993.00 | 50.85 |
| | 3/9/2020 | -8,452.00 | 50.85 |
| | 3/16/2020 | -9,058.00 | 44.61 |
| | 3/20/2020 | -4,362.00 | 45.83 |
| | 3/31/2020 | -5,374.00 | 54.12 |
| | 4/1/2020 | -22,279.00 | 51.88 |
| | 4/1/2020 | -14,418.00 | 51.88 |
| | 4/23/2020 | -8,364.00 | 59.04 |
| | 5/8/2020 | -7,660.00 | 59.67 |
| | 5/28/2020 | -4,653.00 | 61.70 |
| | 6/5/2020 | -2,256.00 | 64.34 |
| | 6/12/2020 | -77,647.00 | 59.33 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

We, Elisabet Jamal Bergström, and Charlotte Falck, on behalf of SEB Investment Management AB ("SEB Investment Management"), acting on behalf of the Funds listed in the attached Schedule A, hereby certify, as to the claims asserted under the federal securities laws, that:

1. We have reviewed a complaint filed in this matter. SEB Investment Management has authorized the filing of this motion for appointment as lead plaintiff.

2. SEB Investment Management is the only entity with power and authority to bring suit to recover for investment losses on behalf of the Funds listed in the attached Schedule A. The Funds listed in the attached Schedule A are organized under Swedish law, have no independent legal identity, and do not have the capacity to sue in, or be brought before, courts of law. Under Swedish law, SEB Investment Management, as the management company of the Funds listed in the attached Schedule A, is the only entity authorized and empowered to act on behalf of the Funds listed in the attached Schedule A.

3. Neither SEB Investment Management nor the Funds listed in the attached Schedule A purchased the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4. SEB Investment Management is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. SEB Investment Management fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

5. The transactions in the Intel Corporation securities that are the subject of this action are set forth in the chart attached hereto.

6. SEB Investment Management has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Felix v. Symantec Corporation.*, No. 18-cv-02902 (N.D. Cal.)
*Lu v. Align Technology, Inc.*, No. 18-cv-6720 (N.D. Cal.)

7. SEB Investment Management will not accept any payment for serving as a representative party on behalf of the Class beyond SEB Investment Management's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28 day of September, 2020.

_____
Elisabet Jamal Bergström
Deputy CEO, Head of Sustainability
*On Behalf of SEB Investment Management*

_____
Charlotte Falck
CFO
*On Behalf of SEB Investment Management*

**Schedule A**
**SEB Investment Management AB**
**Transactions in Intel Corporation Common Stock**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| SEB Teknologifond | Purchase | 2/28/2020 | 320,000 | 55.5311 |
| | Purchase | 3/2/2020 | 5,696 | 58.1916 |
| | Purchase | 5/29/2020 | 8,592 | 62.9300 |
| | Purchase | 6/3/2020 | 8,641 | 61.9424 |
| | Purchase | 6/29/2020 | 26,894 | 58.2817 |
| | Purchase | 7/8/2020 | 7,396 | 58.6217 |
| | Purchase | 7/21/2020 | 5,400 | 60.7121 |
| | Sale | 3/13/2020 | (20,100) | 54.4179 |
| | Sale | 3/16/2020 | (18,400) | 44.6001 |
| | Sale | 4/22/2020 | (6,734) | 60.0867 |
| SEB Aktiesparfond | Purchase | 12/13/2019 | 219,600 | 57.9579 |
| | Sale | 1/29/2020 | (38,500) | 66.6746 |
| | Sale | 4/16/2020 | (77,400) | 59.4930 |
| SEB PB Aktiv 75 (former SEB Total Expansiv) | Purchase | 1/15/2020 | 4,405 | 58.9518 |
| | Purchase | 2/10/2020 | 3,833 | 66.4033 |
| | Purchase | 3/25/2020 | 34 | 51.2703 |
| | Purchase | 5/26/2020 | 20 | 62.3525 |
| | Purchase | 6/5/2020 | 4,964 | 64.3529 |
| | Purchase | 6/17/2020 | 13 | 60.7023 |
| | Sale | 1/17/2020 | (50) | 59.7652 |
| | Sale | 6/8/2020 | (68) | 63.9557 |
| | Sale | 6/10/2020 | (369) | 63.8558 |
| SEB PB Aktiv 50 (former SEB Total Potential) | Purchase | 1/15/2020 | 4,055 | 58.9518 |
| | Purchase | 2/10/2020 | 3,562 | 66.4033 |
| | Purchase | 3/25/2020 | 29 | 51.2703 |
| | Purchase | 5/26/2020 | 15 | 62.3527 |
| | Purchase | 6/5/2020 | 3,891 | 64.3529 |
| | Purchase | 6/17/2020 | 15 | 60.7020 |

**Schedule A**
**SEB Investment Management AB**
**Transactions in Intel Corporation Common Stock**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| | Sale | 1/17/2020 | (80) | 59.7653 |
| | Sale | 6/10/2020 | (298) | 63.8558 |
| SEB PB Aktiv 25 (former SEB Total Forsiktig) | Purchase | 1/15/2020 | 1,274 | 58.9518 |
| | Purchase | 2/10/2020 | 1,122 | 66.4033 |
| | Purchase | 3/25/2020 | 9 | 51.2700 |
| | Purchase | 5/26/2020 | 6 | 62.3517 |
| | Purchase | 6/3/2020 | 2,279 | 61.9424 |
| | Purchase | 6/17/2020 | 8 | 60.7025 |
| | Sale | 1/17/2020 | (30) | 59.7653 |
| | Sale | 6/4/2020 | (54) | 61.6863 |
| | Sale | 6/10/2020 | (22) | 63.8555 |
| SEB Trygg Placeringsfond | Purchase | 12/13/2019 | 6,200 | 57.9579 |
| SEB Stiftelsefond Utland | Purchase | 11/8/2019 | 18,500 | 57.8616 |
| | Purchase | 12/18/2019 | 1,400 | 57.4015 |
| | Purchase | 2/20/2020 | 800 | 66.1532 |
| | Sale | 12/13/2019 | (1,016) | 58.1649 |
| | Sale | 1/10/2020 | (1,700) | 59.6674 |
| | Sale | 2/5/2020 | (6,633) | 66.2794 |
| | Sale | 2/6/2020 | (1,067) | 67.3351 |
| SEB Hallbar Faktor Global | Purchase | 5/29/2020 | 700 | 62.9300 |
| | Purchase | 6/3/2020 | 100 | 61.9424 |
| | Purchase | 7/8/2020 | 74 | 58.6218 |
| | Purchase | 7/16/2020 | 113 | 59.1519 |
| | Sale | 6/30/2020 | (72) | 59.8167 |
| | Sale | 7/13/2020 | (110) | 58.5669 |
| | Sale | 7/23/2020 | (92) | 60.3865 |

**Schedule A**
**SEB Investment Management AB**
**Transactions in Intel Corporation - 4.75% 03/25/50 Notes**

| Fund | Transaction | Date | Face Value | Price (% of Par) |
|---|---|---|---|---|
| SEB PB Aktiv 25 (former SEB Total Forsiktig) | Purchase | 4/27/2020 | 250,000 | 141.7896 |
| | Sale | 5/28/2020 | (250,000) | 137.7738 |
| SEB PB Aktiv 50 (former SEB Total Potential) | Purchase | 4/27/2020 | 300,000 | 141.7896 |
| | Sale | 5/28/2020 | (300,000) | 137.7738 |