UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTEL CORP. SECURITIES LITIGATION | Case No: 5:20-cv-05194-EJD <br><br> <u>CLASS ACTION</u> <br><br> ~~[PROPOSED]~~ **ORDER RELATING AND CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING SELECTION OF LEAD COUNSEL** <br><br> Date:    Thursday, December 17, 2020 <br> Time:   9:00 a.m. <br> Dept.:   Courtroom 4, 5th Floor <br> Judge:  Hon. Edward J. Davila |

***Captions continued on next page.***

| | |
|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL 60 PENSION TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION, ROBERT H. SWAN, and GEORGE S. DAVIS,<br><br>Defendants. | Case No: 3:20-cv-06467-EMC |
| CITY OF HALLANDALE BEACH POLICE OFFICERS' AND FIREFIGHTERS' PERSONNEL RETIREMENT TRUST, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION, ROBERT H. SWAN, GEORGE S. DAVIS, and VENKATA S.M. RENDUCHINTALA,<br><br>Defendants. | Case No: 3:20-cv-06493-WHA |

[PROPOSED] ORDER RELATING AND CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL
CASE NO. 5:20-cv-05194-EJD

Upon consideration of: (1) the Motion filed by KBC Asset Management NV ("KBC") and SEB Investment Management AB ("SEB") for relation and consolidation of the above-captioned related actions, appointment as Lead Plaintiff, and approval of their selection of Lead Counsel; (2) the Memorandum of Law in support thereof; (3) the Declaration of Jonathan D. Uslaner in support thereof; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. KBC and SEB's Motion is **GRANTED**.

2. Pursuant to Civil Local Rule 3-12(a) and Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *Plumbers and Steamfitters Local 60 Pension Trust v. Intel Corporation*, No 3:20-cv-06467-EMC (N.D. Cal.), and *City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust v. Intel Corporation*, No 3:20-cv-06493-WHA (N.D. Cal.), are deemed related to and consolidated with *In re Intel Corp. Securities Litigation,* No. 5:20-cv-05194-EJD (N.D. Cal.) (collectively, the "Consolidated Action").

3. Pursuant to Rule 42(a), any pending, subsequently filed, removed, or transferred actions that are related to the claims asserted in the Consolidated Action are **CONSOLIDATED** for all purposes.

4. KBC and SEB are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the Consolidated Action and all related actions consolidated pursuant to paragraphs 2 and 3 of this Order.

5. KBC and SEB's selection of Lead Counsel is **APPROVED**, and Motley Rice LLC and Bernstein Litowitz Berger & Grossmann LLP are **APPOINTED** as Lead Counsel for the Class.

6. The Consolidated Action shall bear the caption "*In re Intel Corp. Securities Litigation*" and the file shall be maintained under Master File No. 5:20-cv-05194-EJD.

1  **IT IS SO ORDERED.**

3  Dated:  October 20 , 2020

                                                  HON. EDWARD J. DAVILA
                                                  UNITED STATES DISTRICT JUDGE